**GRADY & HAMPTON, LLC**
6 NORTH BRADFORD STREET
DOVER, DELAWARE 19904

JOHN S. GRADY
STEPHEN A. HAMPTON
LAURA F. BROWNING

DOVER    (302) 678-1265
SUSSEX   (302) 855-1313
FAX      (302) 678-3544

March 30, 2005

United States District Court
The Honorable Sue L. Robinson
844 King Street, Lockbox 31
Wilmington DE 19801

  RE: Goletz v. Prudential Insurance Company
     C.A. No.: 04-351-SLR

Dear Judge Robinson:

  Plaintiff filed interrogatories and request for production in this case on or about October 27, 2004.

  The defendant has failed to answer.

  Plaintiff filed a motion for discovery pursuant to Rule 37 on December 28, 2004. The defendant has failed to respond to discovery.

  Plaintiff wrote to the court on February 22, 2005 asking the court to either rule on the motion or set the motion down for a hearing at the earliest convenience of the court.

  The local rules require that an opposing party respond to a motion within ten (10) days. The response of defendant is long overdue.

  The court has originally entered a scheduling order opposing party anticipating that all discovery be completed by December 31, 2004 and that all dispositive motions would be filed by February 1, 2005.

  That order was amended to permit dispositive motions thirty (30) days after the defendants have filed their response to discovery.

United States District Court  
The Honorable Sue L. Robinson

March 30, 2005  
Page 2

RE:   Goletz v. Prudential Insurance Company  
      C.A. No.: 04-351-SLR

      I would ask the court to sign the order which was attached to plaintiff's motion to compel discovery which was filed with the court on December 28, 2004 or set this matter down for a hearing.

      Sincerely yours,

*[signature]*

John S. Grady, Esquire (I.D.# 009)  
6 North Bradford Street  
Dover DE 19904  
(302) 678-1265  
jgrady@gradyhampton.com

JSG:rd  
cc    George T. Lees, III, Esquire  
       Jonathan Dryer, Esquire