IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MORIA GOLETZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-351-SLR |
| | ) |
| THE PRUDENTIAL INSURANCE | ) |
| COMPANY OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

O R D E R

At Wilmington this 19th day of April, 2005, having reviewed plaintiff's motions for discovery and for an extension of time for completion of discovery,

IT IS ORDERED that said motions (D.I. 12, 13) are granted, as follows:

1. Defendant shall respond to the outstanding discovery requests on or before **May 10, 2005.** Failure to timely respond shall result in negative inferences being drawn against defendant in connection with the subject matter of said discovery requests.

2. Dispositive motions must be filed on or before **June 10, 2005.** Briefing shall be conducted consistent with D. Del. LR 7.1.2.

United States District Judge