IN THE UNITED STATES DISTRICT COURT

IN AND FOR DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOIRA GOLETZ, | : | C.A. NO. 2004-351 |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| THE PRUDENTIAL INSURANCE | : | JURY OF TWELVE DEMANDED |
| COMPANY OF AMERICA, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

I hereby certify that two copies of Defendant's Responses to Plaintiff's First Set of Interrogatories and Defendant's Responses to Plaintiff's First Request for Production were served via e-file, this 25th day of April, 2004, upon:

John S. Grady, Esquire
Grady & Hampton, LLC.
6 N. Bradford Street
Dover, DE 19904

BIFFERATO, GENTILOTTI & BIDEN

_____
George T. Lees, III (Del. ID #3647)
1308 Delaware Avenue
P. O. Box 2165
Wilmington, DE 19899-2165
Attorney for Defendant
(302) 429-1900