IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOIRA GOLETZ, | : C.A. NO. 04-351 SLR |
| Plaintiff, | : |
| v. | : |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | : |
| Defendant. | : |

## NOTICE OF MOTION

TO:  John S. Grady, Esquire
Grady & Hampton, LLC.
6 N. Bradford Street
Dover, DE 19904

COMES NOW, Defendant, The Prudential Insurance Company of America, which hereby moves pursuant to Federal Rule of Civil Procedure 56 for summary judgment as to those claims asserted by Plaintiff. This Motion will be heard by The Honorable Sue L. Robinson at the convenience of the Court.

BIFFERATO, GENTILOTTI & BIDEN

BY: _____
George T. Lees, Esquire
Delaware Identification No. 3647
1308 Delaware Avenue
The Buckner Building
P.O. Box 2165
Wilmington, DE  19899-2165
(302) 429-1900
Attorneys for Defendant
The Prudential Insurance Company of America

OF COUNSEL:
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
Jonathan Dryer, Esquire
The Curtis Center, Suite 1130 East
Independence Square West
Philadelphia, PA 19106
(215) 627-6900