IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOIRA GOLETZ, | : C.A. NO. 04-351 SLR |
| Plaintiff, | : |
| v. | : |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | : |
| Defendant. | : |

## ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of Defendant's Motion for Summary Judgment and any response thereto, it is hereby **ORDERED** and **DECREED** that said motion is **GRANTED,** and plaintiff's action is dismissed with prejudice.

BY THE COURT:

_____
J.