IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOIRA GOLETZ, | : C.A. NO. 04-351 SLR |
| Plaintiff, | : |
| v. | : |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on the __10th__ day of __June__, 2005, two copies of the attached Defendant Prudential Insurance Company of America's Motion for Summary Judgment and Opening Brief in Support of Motion for Summary Judgment were mailed, first class U.S. mail, postage prepaid to the persons listed below:

John S. Grady, Esquire
Grady & Hampton, LLC.
6 N. Bradford Street
Dover, DE 19904

BIFFERATO, GENTILOTTI & BIDEN

_____
George T. Lees, III (Del. ID #3647)
1308 Delaware Avenue
P. O. Box 2165
Wilmington, DE 19899-2165
(302)429-1900
Attorney for Defendant Prudential Insurance
Company of America