IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Moira Goletz, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.:  04-351 SLR |
| ) | |
| Prudential Insurance Company ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR SUMMARY JUDGMENT

Plaintiff prays that the Court grant her Summary Judgment against the Defendant, pursuant to *Rule 56,* on the ground that there is no genuine dispute between the parties as to any material fact and the Plaintiff is entitled to Judgment as a matter of law.  In support of its motion Plaintiff has submitted an opening brief.

Alternatively, the Plaintiff moves to have this matter remanded to Prudential for reconsideration.

GRADY & HAMPTON, L.L.C.

  /S/ Laura F. Browning
John S. Grady, Esquire (009)
Laura F. Browning, Esquire (4504)
6 North Bradford Street
Dover, DE  19904
(Tel. (302)-678-1265)
jgrady@gradyhampton.com
lbrowning@gradyhampton.com
Attorney for Plaintiff

Dated:  June 10, 2005