**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Moira Goletz, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 04-351 SLR |
| | ) | |
| Prudential Insurance Company | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO: BIFFERATO, GENTILOTTI & BIDEN
George T. Lees, Esquire (#3647)
David A. Denham, Esquire
1308 Delaware Avenue
PO Box 2165
Wilmington DE 19899-2165
(302) 429-1900
*LOCAL COUNSEL*

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
Jonathan Dryer, Esquire
The Curtis Center, Suite 1130 East
Independence Square West
Philadelphia PA 19106
(215) 627-6900
*Attorney for defendant*

**PLEASE TAKE NOTICE** that the attached **MOTION FOR SUMMARY JUDGMENT** shall be presented to The Honorable Sue L. Robinson at the convenience of the Court.

GRADY & HAMPTON, L.L.C.

__/S/ Laura F. Browning _____
John S. Grady, Esquire (009)
Laura F. Browning, Esquire (4504)
6 North Bradford Street
Dover, DE 19904
(Tel. (302)-678-1265)
jgrady@gradyhampton.com
lbrowning@gradyhampton.com
*Attorney for Plaintiff*

Dated: June 10, 2005