IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOIRA GOLETZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.: 04-351-SLR |
| v. | ) | |
| | ) | |
| THE PRUDENTIAL INSURANCE | ) | |
| COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF CONVENTIONAL FILING**

**NOTICE** is hereby given that the original Appendix Part I and Part II to Plaintiff's Opening Brief was placed with the United States Postal Service this 10th day of June 2005 for delivery and filing with the court.

GRADY & HAMPTON, LLC

__/S/ Laura F. Browning_____
John S. Grady, Esq. (I. D. No. 009)
Laura F. Browning, Esq. (I.D. No.4504)
6 North Bradford Street
Dover, DE  19904
(Tel. 302-678-1265)
jgrady@gradyhampton.com
lbrowning@gradyhampton.com
*Attorney for plaintiff*

DATED:  June 10, 2005