IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOIRA GOLETZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.: 04-351-SLR |
| v. | ) | |
| | ) | |
| THE PRUDENTIAL INSURANCE | ) | |
| COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

NOW TO WIT this ____ day of _____, 2005 it is hereby ordered that the Plaintiff's Motion for Summary Judgment is granted and defendant's action is dismissed with prejudice.

_____
The Honorable Sue L. Robinson