## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June, 2005, Plaintiff's **NOTICE, MOTION FOR SUMMARY JUDGMENT, OPENING BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** and **APPENDIX PART I** and **PART II** were sent by the United States Postal Service, postage prepaid, to:

BIFFERATO, GENTILOTTI & BIDEN
George T. Lees, Esquire (#3647)
David A. Denham, Esquire
1308 Delaware Avenue
PO Box 2165
Wilmington DE  19899-2165
(302) 429-1900
*LOCAL COUNSEL*


WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
Jonathan Dryer, Esquire
The Curtis Center, Suite 1130 East
Independence Square West
Philadelphia PA  19106
(215) 627-6900
*Attorney for defendant*


GRADY & HAMPTON, LLC

  /S/ Laura F. Browning
John S. Grady, Esq. (I. D. No. 009)
Laura F. Browning, Esq. (I.D. No.4504)
6 North Bradford Street
Dover, DE  19904
(Tel. 302-678-1265)
jgrady@gradyhampton.com
lbrowning@gradyhampton.com
*Attorney for plaintiff*