IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOIRA GOLETZ, | : C.A. NO. 04-351 SLR |
| Plaintiff, | : |
| v. | : |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | : |
| Defendant. | : |

## ORDER

AND NOW, this day of , 2005, upon consideration of Plaintiff's Motion for Summary Judgment and Defendant's response thereto, it is hereby **ORDERED** and **DECREED** that said motion is **DENIED**, and plaintiff's action is dismissed with prejudice.

BY THE COURT:

_____
J.