## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

MOIRA GOLETZ,                                    : C.A. NO. 04-351 SLR
                                                 :
    Plaintiff,                 :
    v.                         :
                                                 :
THE PRUDENTIAL INSURANCE                          :
COMPANY OF AMERICA,                               :
                                                 :
    Defendant.                 :

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on the 24th day of

_____June_____, 2005, two copies of the attached Defendant Prudential Insurance

Company of America's Answering Brief in Opposition to Plaintiff's Motion for Summary

Judgment were mailed, first class U.S. mail, postage prepaid to the persons listed below:

    John S. Grady, Esquire
    Grady & Hampton, LLC.
    6 N. Bradford Street
    Dover, DE 19904

            BIFFERATO, GENTILOTTI & BIDEN

            George T. Lees, III (Del. ID #3647)
            1308 Delaware Avenue
            P. O. Box 2165
            Wilmington, DE 19899-2165
            (302)429-1900
            Attorney for Defendant Prudential Insurance
            Company of America