IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOIRA GOLETZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-351-SLR |
| | ) |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## O R D E R

At Wilmington this 29th day of March, 2006, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendant's motion for summary judgment (D.I. 19) is denied.

2. Plaintiff's motion for summary judgment (D.I. 20) is granted in part.

3. The case is remanded to defendant for reconsideration consistent with this opinion.

_____
United States District Judge