## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Moira Goletz, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No.:  04-351 |
| | ) |
| Prudential Insurance Company | ) |
| | ) |
|        Defendants. | ) |

## **ORDER**

NOW TO WIT this _____ day of _____, 2007, IT IS HEREBY

ORDERED that the Plaintiff go on to file a Motion for Summary Judgment.

_____
JUDGE