IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Moira Goletz, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 04-351 |
| ) | |
| Prudential Insurance Company ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March, 2007, two true copies of NOTICE OF MOTION and MOTION FOR SUMMARY JUDGMENT were mailed through the United States Post Office, postage prepaid to:

BIFFERATO, BIFFERATO & GENTILOTTI
George T. Lees, Esquire
1308 Delaware Avenue
The Buckner Building
P.O. Box 2165
Wilmington, DE 19899-2165

OF COUNSEL:
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
Johnathan Dryer, Esquire
The Curtis Center, Suite 1130 East
Independence Square West
Philadelphia, PA 19106

                                                                            GRADY & HAMPTON, L.L.C.

                                                                            /s/ Laura F. Browning_____
                                                                            John S. Grady, Esq.(I.D. No. 009)
                                                                            Laura F. Browning, Esq. (I.D. No. 4504)
                                                                            6 North Bradford Street
                                                                            Dover, DE 19904
                                                                            (Tel. 302)-678-1265)
                                                                            Attorney for Plaintiff