IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOIRA GOLETZ, | : | C.A. NO.: 04-351 SLR |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| THE PRUDENTIAL INSURANCE | : | JURY OF TWELVE DEMANDED |
| COMPANY OF AMERICA, | : | |
| | : | |
| Defendant. | : | |

### SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW the appearance of George T. Lees, III, Esquire as counsel on behalf of defendant, Prudential Insurance Company of America, in the above action; and

PLEASE ENTER the appearance of James E. Drnec, Esquire, of Bifferato Gentilotti LLC on behalf of defendant, Prudential Insurance Company of America, in the above action.

RAWLE & HENDERSON

/s/ George T. Lees
George T. Lees, III (DE Bar # 3647)
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE 19899-0588
(302) 778-1200
Date:

BIFFERATO GENTILOTTI LLC

/s/ James E. Drnec
James E. Drnec (DE Bar # 3789)
800 N. King Street, Plaza Level
P.O. Box 2165
Wilmington, DE 19899-2165
(302) 429-1900
Date: