# EXHIBIT A

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Independence Square West, The Curtis Center, Suite 1130 East, Philadelphia, Pennsylvania 19106-3308
Tel: (215) 627-6900   Fax: (215) 627-2665

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean*
*Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains*
*Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris*

www.wilsonelser.com

April 26, 2006

**BY FACSIMILE**

GRADY & HAMPTON, LLC
6 North Bradford Street
Dover, De 19904

Attention:   John Grady, Esquire

Re:   Goletz v. The Prudential Insurance Company of America
      U.S.D.C., D. Del., No. 04-351
      Our File No.: 08015.00505

Dear Mr. Grady:

We have reviewed the opinion rendered in this matter, and Prudential has elected to reconsider Ms. Goletz' case in light of the court's directives. At the moment, there is nothing further required from your client, but I have asked Prudential to contact you directly in the event the need arises.

In the event you have any questions regarding the above, please do not hesitate to contact me. Thank you again for your courtesy and cooperation throughout the course of this litigation.

Very truly yours,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

Jonathan Dryer

cc:   George T. Lees, Esq.

127978.1