**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MOIRA GOLETZ, | : | C.A. NO.: 04-351 SLR |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | : | JURY OF TWELVE DEMANDED |
| | : | |
| Defendant. | : | |

## SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW the appearance of James E. Drnec, Esquire as counsel on behalf of defendant, Prudential Insurance Company of America, in the above action; and

PLEASE ENTER the appearance of Maria J. Poehner, Esquire, of Bifferato Gentilotti LLC on behalf of defendant, Prudential Insurance Company of America, in the above action.

| | |
|---|---|
| **BALICK & BALICK** | **BIFFERATO GENTILOTTI LLC** |
| /s/ James E. Drnec | /s/ Maria J. Poehner |
| James E. Drnec (DE Bar # 3789) | Maria J. Poehner (DE Bar #3213) |
| 711 King Street | 800 N. King Street, Plaza Level |
| Wilmington, DE 19801 | P.O. Box 2165 |
| (302) 658-4265 | Wilmington, DE 19899-2165 |
| Date:  5/3/07 | (302) 429-1900 |
| | Date: 5/3/07 |