**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MOIRA GOLETZ, | : | C.A. NO.: 04-351 SLR |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| THE PRUDENTIAL INSURANCE | : | JURY OF TWELVE DEMANDED |
| COMPANY OF AMERICA, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I, Maria J. Poehner, Esquire, hereby certify that I caused a true and correct copy of the attached Substitution of Counsel to be served via electronic filing this 4th day of May, 2007 upon the following:

John S. Grady, Esquire
Laura Forsythe Browning, Esquire
Grady & Hampton
6 North Bradford Street
Dover, DE 19901

**BIFFERATO GENTILOTTI LLC**

 /s/  Maria J. Poehner
Maria J. Poehner (DE ID #3213)
800 N. King Street, Plaza Level
P.O. Box 2165
Wilmington, DE 19899-2165
(302) 429-1900
*Attorney for Defendant Prudential*