**GRADY & HAMPTON, LLC**
6 NORTH BRADFORD STREET
DOVER, DELAWARE 19904

JOHN S. GRADY
STEPHEN A. HAMPTON
LAURA F. BROWNING

DOVER   (302) 678-1265
SUSSEX  (302) 855-1313
FAX     (302) 678-3544

September 14, 2006

Tara Johnson
Prudential Appeals Committee
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

**RE:   Our Client:   Moira Goletz**
**Claim No.:   10371073**

Dear Ms. Johnson:

I am in receipt of your letter of August 17, 2006, which again denies Ms. Goletz' benefits. I am in the process of having your information reviewed by the treating physician, Dr. Tamesis, and by our own vocational expert. Upon receipt of that information, I will forward it to you.

As you may have suspected, my client was disappointed with your review. We will be asking you to reconsider your review upon receipt of the information that I will be forwarding.

Sincerely Yours,

John S. Grady

JSG:rlw
cc:   Moira Goletz