## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Moira Goletz, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 04-351 |
| | ) |
| Prudential Insurance Company | ) |
| | ) |
| Defendants. | ) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of May, 2007, two true copies of *Plaintiff's Response To Defendant's Memorandum Of Law In Support Of Plaintiff's Motion For Summary Judgment And Motion For Summary Judgment and Certificate of Service* were mailed through the United States Post Office, postage prepaid to:

BIFFERATO, BIFFERATO & GENTILOTTI
Maria Poehner, Esquire
1308 Delaware Avenue
The Buckner Building
P.O. Box 2165
Wilmington, DE  19899-2165

OF COUNSEL:
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
Johnathan Dryer, Esquire
The Curtis Center, Suite 1130 East
Independence Square West
Philadelphia, PA  19106

GRADY & HAMPTON, L.L.C.

/s/ Laura F. Browning
John S. Grady, Esq.(I.D. No. 009)
Laura F. Browning, Esq. (I.D. No. 4504)
6 North Bradford Street
Dover, DE  19904
(Tel. 302)-678-1265)
Attorney for Plaintiff