IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOIRA GOLETZ,<br><br>  Plaintiff,<br><br>v.<br><br>PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 04-351-SLR/LPS<br>)<br>)<br>)<br>)<br>) |

**ORDER REGARDING REFERENCE**
**PURSUANT TO 28 U.S.C. § 636**

At Wilmington this 11th day of February, 2008,

IT IS ORDERED that the above captioned case is hereby referred to Magistrate Judge Leonard P. Stark. Consistent with 28 U.S.C. § 636(b), Judge Stark shall conduct all proceedings, and hear and determine all motions,[1] through and including the pretrial conference.[2] The above caption shall be used in all subsequent filings in this action.

              _____
              United States District Judge

---

 [1]Dispositive motions by report and recommendation; nondispositive motions by order (either written or issued from the bench).

 [2]With respect to discovery disputes, the court's Electronic Discovery Default Standard and Default Standard for Access to Source Code shall continue to be applicable.