IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOIRA GOLETZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.:  04-351 SLR |
| | ) |
| PRUDENTIAL INSURANCE COMPANY, | ) |
| Defendants. | ) |

## WITHDRAWAL OF COUNSEL

Laura F. Browning, Esquire, hereby withdraws as counsel for the Plaintiff.

GRADY & HAMPTON, LLC

 /S/  Laura F. Browning
Laura F. Browning, Esquire (#4504)
6 N. Bradford Street
Dover, Delaware 19904
(302) 678-1265
*Attorneys for Plaintiff*

DATED:     March 3, 2008