## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of March 2008 a true and correct copy of the

**WITHDRAWAL OF COUNSEL** was served via CM/ECF Pacer upon the following:

Maria J. Poehner, Esq.
Bifferato Gentilotti, LLC
800 N. King Street
Plaza Level
Wilmington, DE 19801


                    GRADY & HAMPTON, LLC

                    /S/  Laura F. Browning
                  Laura F. Browning, Esquire (#4504)
                  6 N. Bradford Street
                  Dover, Delaware 19904
                  (302) 678-1265
                  *Attorneys for Plaintiff*