**GRADY & HAMPTON, LLC**
6 NORTH BRADFORD STREET
DOVER, DELAWARE 19904

JOHN S. GRADY
STEPHEN A. HAMPTON

DOVER    (302) 678-1265
SUSSEX   (302) 855-1313
FAX      (302) 678-3544

March 19, 2008

**E-FILED**

The Honorable Leonard P. Starke
United States District Court
844 North King Street
Wilmington, DE  19801

      RE:    Goletz v. Prudential Insurance Company
             C.A. No.: 04-351-LPS

Dear Judge Starke:

    Upon reflection, I would request oral argument, if permitted by the Court.

                        Sincerely yours,

                        /S/  John S. Grady
                        John S. Grady (I.D. #009)

JSG:rlw
cc:    Maria J. Poehner, Esq.