IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOIRA GOLETZ, | : |
| Plaintiff, | : |
| v. | : Civ. No. 04-351-SLR-LPS |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, | : |
| Defendant. | : |

### ORDER

At Wilmington this **21st** day of **April, 2008**.

IT IS ORDERED that oral argument on the parties' pending summary judgment motions is hereby scheduled for **May 13, 2008** at **10:00 AM** in courtroom 2A before the Honorable Leonard P. Stark.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order

_____
UNITED STATES MAGISTRATE JUDGE