**GRADY & HAMPTON, LLC**
6 NORTH BRADFORD STREET
DOVER, DELAWARE 19904

JOHN S. GRADY
STEPHEN A. HAMPTON

DOVER     (302) 678-1265
SUSSEX    (302) 855-1313
FAX        (302) 678-3544

April 29, 2008

**E-FILED**

The Honorable Leonard P. Starke
United States District Court
844 North King Street
Wilmington, DE  19801

       RE:    Goletz v. Prudential Insurance Company
                C.A. No.: 04-351-LPS

Dear Magistrate Starke:

      It is my understanding that in the case of *MetLife v. Glen*, 128 S. Ct. 1117 (2008) the Supreme Court has recently heard argument on the issue of how the conflict of interest should be considered when the administrator both determines and pays the claim under an ERISA disability plan.  This case seems particularly relevant for the case now before the Court.  I draw this case to the Court's attention.

      The lower court, at 461 F.3d 660 (6th Cir. 2006), ruled in favor of the claimant that the denial of disability benefits was not a result of a principled and deliberate reasoning process.

                                   Sincerely yours,

                                   /S/  John S. Grady
                                   John S. Grady (I.D. #009)

JSG:rlw
cc:     Maria J. Poehner, Esq.