IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MOIRA GOLETZ,                                 :
                                              :
                    Plaintiff,                :
                                              :
        v.                                    :      Civ. No. 04-351-SLR-LPS
                                              :
PRUDENTIAL INSURANCE COMPANY                  :
OF AMERICA,                                   :
                                              :
                    Defendant.                :


## ORDER

At Wilmington this **1ˢᵗ** day of **May, 2008**.

IT IS ORDERED that a teleconference has been scheduled for **May 6, 2008 at 10:30 AM** with Magistrate Judge Stark to discuss whether oral argument on the pending summary judgment motions (currently scheduled for May 13, 2008) should be deferred until after the Supreme Court's decision in Metlife v. Glenn, 128 S. Ct. 1117, now pending before that Court.

**Plaintiff's counsel shall initiate the teleconference call to 302-573-4573.**

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order

_____
UNITED STATES MAGISTRATE JUDGE