IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOIRA GOLETZ, | : |
| Plaintiff, | : |
| v. | : C.A. No. 04-351-SLR/LPS |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, | : |
| Defendant. | : |

### ORDER

At Wilmington this 6th day of **May, 2008.**

IT IS ORDERED that the oral argument on the parties' pending motions for summary judgment, scheduled for **May 13, 2008 at 10:00 a.m.** before Magistrate Judge Stark, is canceled.

IT IS FURTHER ORDERED that within fifteen (15) days of a decision by the Supreme Court in *MetLife v. Glen*, the parties shall file simultaneous three (3) page submissions to the Court regarding the effect of that decision.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

UNITED STATES MAGISTRATE JUDGE